| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Russell, David E. | 2. Court or Organization<br><br>Eastern District of California | 3. Date of Report<br><br>04/24/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Recalled Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>U.S. Bankruptcy Court<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Trustee of Family Trust. Assets reported in Part VII | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/24/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | May 15, 2014 to May18, 2014 | Monterey, California | Participation in Bankruptcy Programs for profesionals | 3 nights lodging and some meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/24/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. SMR IRA | | | | | | | | | |
| 2. 1. American Electric Power Co | A | Dividend | J | T | | | | | |
| 3. 2. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 4. 3. BP PLC ADS | A | Dividend | J | T | | | | | |
| 5. 4. Chico Fas Inc. | A | Dividend | J | T | | | | | |
| 6. 5. Clorox Co De | A | Dividend | J | T | | | | | |
| 7. 6. Emerson Electric Co | A | Dividend | J | T | | | | | |
| 8. 7. General Mills Inc. | A | Dividend | J | T | | | | | |
| 9. 8. Hawaiian Electric Ind | A | Dividend | J | T | | | | | |
| 10. 9. Nestle Spon ADR Reg Shr | A | Dividend | J | T | | | | | |
| 11. 10. Pepsico Inc | A | Dividend | J | T | | | | | |
| 12. 11. PG&E Corporation | A | Dividend | J | T | | | | | |
| 13. 12. Plum Creek Timber | A | Dividend | J | T | | | | | |
| 14. 13. Procter & Gamble | A | Dividend | J | T | | | | | |
| 15. 14. Target Corp | A | Dividend | J | T | | | | | |
| 16. 15. M/S Bank | A | Interest | J | T | | | | | |
| 17. DER IRA (see Part VIII) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 1. M/S Bank | A | Interest | J | T | | | | | |
| 19. 2. Alerian MLP ETF | A | Distribution | J | T | | | | | |
| 20. 3. CPFL Energia S.A. | A | Dividend | J | T | | | | | |
| 21. 4. Health Care Sel Sect SPDR FD | A | Dividend | J | T | | | | | |
| 22. 5. Industrial Sel Sect SPDR FD | A | Dividend | J | T | | | | | |
| 23. 6. ISHARES Cohen & Steers REIT ETF | A | Dividend | J | T | | | | | |
| 24. 7. ISHARES High Divd ETF | A | Dividend | J | T | | | | | |
| 25. 8. ISHARES Intl Sel Divd ETF | A | Dividend | J | T | | | | | |
| 26. 9. ISHARES NASDAQ Biotech ETF | | | | | Sold | 04/03/14 | J | B | |
| 27. 10. ISHARES S&P Midcap 400 Index | A | Dividend | K | T | | | | | |
| 28. 11. ISHARES S&P Smallcap 600 Index | A | Dividend | K | T | | | | | |
| 29. 12. ISHARES US Technology ETF | A | Dividend | J | T | | | | | |
| 30. 13. S & P 500 Index FD | A | Dividend | J | T | | | | | |
| 31. 14. AQR Managed Futures Strategy I | A | Dividend | J | T | Buy (add'l) | | J | | Reinvest Dividends |
| 32. 15. Columbia Acorn Z | A | Dividend | J | T | Buy (add'l) | | J | | Reinvest Dividends |
| 33. 16. Eaton Vance Diver Cur Inc | A | Dividend | | | Sold | 12/11/14 | J | | |
| 34. 17. First Eagle Global I | A | Dividend | J | T | Buy (add'l) | | J | | Reinvest Dividends |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. First Eagle Gold I | A | Dividend | J | T | | | | | |
| 19. Goldman Sachs N-11 Equity | A | Dividend | J | T | Buy (add'l) | | J | | Reinvest Dividends |
| 20. Good Harbor US Tactical Core I | | Dividend | J | T | Buy (add'l) | | J | | Reinvest Dividends |
| 21. Mainstay High Yield Opport I | A | Dividend | J | T | Buy (add'l) | | J | | Reinvest Dividends |
| 22. Oppenheimer Intl Sm Com Y | A | Dividend | J | T | Buy (add'l) | | J | | Reinvest Dividends |
| 23. Oppenheimer Sr Floating Rate Y | A | Dividend | J | T | Buy (add'l) | | J | | Reinvest ;Dividends |
| 24. Pimco Emerging Local Bd P | A | Dividend | J | T | Buy (add'l) | | J | | Reinvest Dividends |
| 25. Pioneer Mlti Ast Ult Sht Inc Y | A | Dividend | K | T | Buy (add'l) | | J | | Reinvest Dividends |
| 26. Pioneer Strategic Income Y | A | Dividend | K | T | Buy (add'l) | | J | | Reinvest Dividends |
| 27. Prudential Total Return Bd Z | A | Dividend | K | T | Buy (add'l) | | J | | Reinvest Dividends |
| 28. Templeton Global Bd Fd Adv | A | Dividend | J | T | Buy (add'l) | | J | | Reinvest Dividends |
| CASH FUNDS | | | | | | | | | |
| 1. American Express Savings | A | Interest | K | T | | | | | |
| 2. Golden 1 Credit Union | A | Int./Div. | K | T | | | | | |
| 3. Safe Credit Union | A | Int./Div. | J | T | | | | | |
| 4. Schools Financial Credit Union | A | Int./Div. | K | T | | | | | |
| FAMILY TRUST | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M/S Bank & Money Mkt Fds | A | Interest | K | T | | | | | |
| 2. 3M Company | A | Dividend | J | T | | | | | |
| 3. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 4. Abbieve Inc Com | A | Dividend | J | T | | | | | |
| 5. Altria Group Inc | A | Dividend | J | T | | | | | |
| 6. American Tower REIT Com | A | Distribution | J | T | | | | | |
| 7. Anadarko Petroleum | A | Dividend | J | T | | | | | |
| 8 .Analy Capital Mgmnt Inc | A | Dividend | | | Sold | 06/10/14 | J | | Loss on sale |
| 9. Arthur J. Gallagher | A | Dividend | J | T | | | | | |
| 10. AT&T | A | Dividend | J | T | | | | | |
| 11. Atmos Energy | A | Dividend | J | T | | | | | |
| 12. Berkshire Hathaway B | | None | K | T | | | | | |
| 13. Catapillar Inc | A | Dividend | J | T | | | | | |
| 14. Celgene Corp | | None | J | T | | | | | |
| | | | J | T | Open | 06/25/14 | J | | Stock Dividend |
| 15. Chevron Corp | | None | J | T | Buy | 12/11/14 | J | | |
| 16. Cincinnati Financial | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/24/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 17. Conoco Phillips | A | Dividend | J | T | | | | | |
| 70. 18. Costco Wholesale Corp New | A | Dividend | J | T | Buy | 01/17/14 | J | | |
| 71. 18. Dow Chemical Company | A | Dividend | J | T | | | | | |
| 72. 19. Duke Energy Corp | A | Dividend | K | T | | | | | |
| 73. 20. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 74. 21. Frontier Communications Corp | A | Dividend | J | T | | | | | |
| 75. 22. Google Inc Cl C | | None | J | T | Spinoff (from line 76) | 04/02/14 | J | | Stock Dividend |
| 76. 23. Google Inc-Cl A | | None | J | T | | | | | |
| 77. 24. Halyard Health | | None | J | T | Spinoff (from line 25) | 02/28/14 | J | | |
| 78. .Halyard Health | | None | J | T | Sold (part) | 02/28/14 | J | | Fractional share |
| 79. 25. Health Care REIT | A | Dividend | J | T | | | | | |
| 80. 26. Home Depot Inc | A | Dividend | J | T | | | | | |
| 81. 27. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 82. 28. Kimberly Clark Corp | A | Dividend | J | T | | | | | |
| 83. 29. Kinder Morgan Incorp | A | Dividend | J | T | Buy | 01/07/14 | J | | |
| 84. 30. Kraft Food Group Inc Com | A | Dividend | J | T | | | | | |
| 85. 31. Leucadia Nat CP | A | Dividend | J | T | Buy | 05/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | 32. Lowes Companies Inc | A | Dividend | J | T | | | | | |
| 87. | 33. MercadoLibre Inc | A | Dividend | J | T | | | | | |
| 88. | 34. Mondalez Intl Inc Com | A | Dividend | J | T | | | | | |
| 89. | 35. Netgear Inc | | None | J | T | | | | | |
| 90. | 36. Nextera Energy Inc Com | A | Dividend | J | T | | | | | |
| 91. | 37. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 92. | 38. Otter Tail Corp | A | Dividend | J | T | | | | | |
| 93. | 39. Phillip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 94. | 40. Phillips 66 Com | A | Dividend | J | T | | | | | |
| 95. | 41. Rackspace Hosting Inc Com | | None | J | T | | | | | |
| 96. | 42. Royal Dutch Shell PLC CL B | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 97. | 43. Sohu.Com Inc | | None | | | Sold | 10/08/14 | J | | Loss on sale |
| 98. | 44. Spectra Energy Corp | A | Dividend | J | T | | | | | |
| 99. | 45. Stratasys LTD SHS | | None | J | T | Buy | 01/17/14 | J | | |
| 100. | 46. Sysco Corp | A | Dividend | J | T | | | | | |
| 101. | 47. Time Inc | A | Dividend | J | T | Spinoff<br>(from line 41) | 06/06/14 | J | | Stock Dividend |
| 102. | 48. Time Warner Cable Inc New | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/24/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. 49. Time Warner Inc New | A | Dividend | J | T | | | | | |
| 104. 50. TJX COS Inc New | A | Dividend | L | T | | | | | |
| 105. 51. USG Corp New | | None | K | T | | | | | |
| 106. 52. Verizon Communications | A | Dividend | J | T | | | | | |
| 107. 53. Waste Connections | | None | J | T | | | | | |
| 108. 54. Barcap IPath DJ UBS Comm Indx | | None | | | Sold | 06/10/14 | J | | Loss on Sale |
| 109. 55. Blackrock Cal Muni Inc Trust | A | Int./Div. | J | T | | | | | |
| 110. 56. IShares MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 111. 57. IShares Emergilng Mkts ETF | A | Dividend | J | T | | | | | |
| 112. 58. Prospect Capital Corp | A | Distribution | J | T | Buy | 05/28/14 | J | | |
| 113. 59. SPDR S & P Emerging Asia Pacif | A | Dividend | J | T | | | | | |
| 114. 60. SPDR S & P Intl Utilities Sect | A | Dividend | J | T | | | | | |
| 115. 61. The Technology Sel Sec SPDR FD | A | Dividend | K | T | | | | | |
| 116. 62. California St Genl Oblig Bds | A | Interest | K | T | | | | | |
| 117. 63. Columbia Select Smllr Cp Val A | A | Dividend | J | T | | | | | |
| 118. 64. Franklin CA Tax Free Income Fd | A | Dividend | J | T | | | | | |
| 119. 65. Franklin Mutual Global Discovery A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, David E. | 04/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. 66. Thornburg CA Ltd Term Muni A Fd | A | Dividend | J | T | | | | | |
| 121. 67. Rental Property, Lincoln, CA | E | Rent | N | R | | 4//32013 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Russell, David E.** | 04/24/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 17. The DER IRA is managed by our broker. We have limited control over the investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David E. Russell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544